**STATE v. HALL**

[350 N.C. 303 (1999)]

STATE OF NORTH CAROLINA v. BILL EDWARD HALL

No. 533A98

(Filed 9 April 1999)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 131 N.C. App. 427, 508 S.E.2d 8 (1998), finding no error in defendant's trial and the judgments entered by Caviness, J., at the 8 September 1997 Criminal Session of Superior Court, Gaston County. Heard in the Supreme Court 10 March 1999.

*Michael F. Easley, Attorney General, by Joyce S. Rutledge, Associate Attorney General, for the State.*

*Malcolm Ray Hunter, Jr., Appellate Defender, by Anne M. Gomez, Assistant Appellate Defender, for defendant-appellant.*

PER CURIAM.

AFFIRMED.